UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-CR-80022-CANNON/REINHART

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOHN PAUL GOSNEY, JR.,

    Defendant.

_____/

## NOTICE OF APPEAL

Notice is hereby given that JOHN PAUL GOSNEY, JR., hereby appeals to the United States Court of Appeals for the Eleventh Circuit from [ECF No. 256], the district court's June 10, 2022 "*Order on Notice of Intent [ECF No. 248] and Denying Motion to Vacate Restraining Order [ECF No.172],*" and all prior orders.

    Respectfully submitted,

    **BLACK SREBNICK**
    201 South Biscayne Boulevard, Suite 1300
    Miami, Florida 33131 / Tel. (305) 371-6421

    /s/   *Howard Srebnick*
    **HOWARD SREBNICK, ESQ.**
    Florida Bar No. 919063
    E-mail: HSrebnick@RoyBlack.com

    *Temporary Appearance for John Paul Gosney, Jr.*