UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 22-80022-CR-CANNON

**UNITED STATES OF AMERICA**,

      Plaintiff,

v.

**JOHN PAUL GOSNEY**,

      Defendant.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

**THIS CAUSE** comes before the Court upon the Report and Recommendation entered by Magistrate Judge Ryon M. McCabe on the Government's Unopposed Motion for a *Garcia* Hearing [ECF No. 516]. On February 17, 2023, Magistrate Judge McCabe held a *Garcia* Hearing to address attorney Alyssa Silvaggi's simultaneous representation of John Paul Gosney, Jr., and Joseph Dauch, a Defendant in a separately indicted case before U.S. District Judge Rosenberg. Magistrate Judge McCabe conducted a full colloquy of both Defendants, during which both Defendants affirmed their desire to have attorney Silvaggi represent them despite the possibility of actual, potential, or possible conflicts of interest arising from her simultaneous representation. Upon review of the Report and Recommendation [ECF No. 516], to which no party has lodged any objection, it is **ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendation [ECF No. 516] is **AFFIRMED AND ADOPTED**.

2. The Court finds that (1) both Defendants knowingly, intelligently, and voluntarily waived any actual or potential conflicts of interest arising from attorney Silvaggi's

CASE NO. 22-80022-CR-CANNON

simultaneous representation of them; and (2) both Defendants made this decision with the advice of competent counsel after rejecting multiple offers of independent counsel.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 6th day of March 2023.

AILEEN M. CANNON
UNITED STATES DISTRICT JUDGE

cc:   counsel of record

2