UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 22-80022-CR-CANNON

UNITED STATES OF AMERICA,

      Plaintiff,

v.

DANIEL CARVER et al.,

      Defendants.

_____/

ORDER SEVERING TRIAL
AND FOLLOWING CALENDAR CALL

THIS CAUSE comes before the Court following Calendar Call held on June 27, 2023
[ECF No. 652], during which the Court heard argument regarding potential severance of this case
for trial and discussed logistics in preparation for the July 10, 2023, trial date.

Following review of the parties' arguments on severance, and for the reasons stated in open
court, the Court will sever this matter for trial.  While the Court is mindful of the "preference in
the federal system for joint trials of Defendants who are indicted together," *Zafiro v. United States*,
506 U.S. 534, 537 (1993), Defendants' complicated and divergent assertions of privilege have
substantially increased the risk that Defendant Daniel Carver's trial rights would be compromised
by a joint trial.  Defendants Gosney and Dougherty wish to raise an advice of counsel defense
before the jury [ECF Nos. 580, 582], while Defendant Daniel Carver continues to claim privilege
over communications with the same attorneys on whom Gosney and Dougherty intend to rely, and
who may be called as witnesses at a joint trial [ECF No. 583].  This predicament raises the serious
risk that Defendant Daniel Carver's assertions of privilege would be compromised should the
Defendants proceed to a joint trial.  In this posture, finding a substantial basis to believe that the

attorney-client privilege would be compromised by a joint trial, and after weighing the requirements of Rule 14(a) of the Federal Rules of Criminal Procedure and applicable authorities, the Court believes severance is appropriate. *See United States v. Cobb*, 185 F.3d 1193, 1198 (11th Cir. 1999) (holding that severance is proper where a defendant will "suffer 'prejudice resulting in the denial of a fair trial'" (quoting *United States v. Martinez*, 486 F.2d 15, 22 (5th Cir. 1973)); *United States v. Walters*, 913 F.2d 388, 393 (7th Cir. 1990) ("Where, as here, the attorney-client privilege is compromised by joint trials, we must rule on the side of severance."). Defendants Daniel Carver, Louis Carver, and Jose Goyos—none of whom raise an advice of counsel defense [ECF No. 583 (Daniel Carver); ECF No. 563 p. 2 (Louis Carver); ECF No. 581 (Jose Goyos)]— will proceed to trial on July 10, 2023, as originally scheduled [ECF No. 485]. Defendants Dougherty and Gosney will be tried separately.

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1. Defendant Daniel Carver's Sealed Motion for Leave to File Declaration *Ex Parte* [ECF No. 650] is **GRANTED**.

   a. The *Ex Parte* Declaration [ECF No. 650-2] shall remain under **SEAL** until further order of the Court.

2. Defendant Daniel Carver's Renewed and Opposed Motion for a Continuance of the Trial Date of July 10, 2023 [ECF No. 649] is **DENIED**. The Court has previously granted substantial continuances of this matter [ECF Nos. 153, 231, 459], and for the reasons noted in open court on June 27, 2023, nothing in Defendant Carver's Motion or *ex parte* submission warrants an additional continuance on the eve of trial.

3. This matter will be **SEVERED** for purposes of trial.

4. Defendants Daniel Carver, Louis Carver, and Jose Goyos will proceed to trial on **July 10, 2023** [ECF No. 485].  Counsel shall arrive no later than 8:30 A.M. for pre-trial preparations and argument.

5. Trial of Defendants Thomas Dougherty and John Paul Gosney, Jr. will take place during the Court's two-week trial period beginning **September 25, 2023, <u>with no continuances to be granted</u>**.  The Court has considered the remaining defendants' availability and has accounted for that availability in this Order consistent with the parties' representations at calendar call.

   a. Calendar call is scheduled for **September 19, 2023, 1:45 P.M.** in the Fort Pierce Division before Judge Aileen M. Cannon.

6. In light of the severance of this matter, the Government's Motion to Authorize Filter Team to Release Material Subject to the Crime-Fraud Exception [ECF No. 617] is **DENIED WITHOUT PREJUDICE**.  If necessary to the later trial of Defendants Dougherty and Gosney, on or before **August 1, 2023**, the Government may file a renewed motion tailored to privilege issues specifically.

7. On or before **July 6, 2023**, the parties proceeding to trial on July 10, 2023, shall jointly file their proposed voir dire questions, jury instructions, and verdict form in accordance with the Court's procedures [ECF No. 137 pp. 2–3].

8. In continued consideration of the video showing Defendant Daniel Carver "discussing cash, watches, and using profanity" [ECF No. 529 p. 16; *see* ECF No. 645 p. 84 (GX 2011A, GX 2011B)], the Government shall make redactions to the racial epithets and other inappropriate language in the video, as discussed in open Court, and make the

CASE NO. 22-80022-CR-CANNON

redacted video available to Defendant Daniel Carver and the Court prior to the start of trial on July 10, 2023.

9.  On or before **July 6, 2023**, the parties shall meaningfully confer and file a joint status report on the following topics:

   a.  Potential increase in the standard number of peremptory challenges to be allotted to Defendants not to exceed fifteen, *see* Fed. R. Crim. P. 24(b)(2), subject to a proportional increase in peremptory challenges afforded to the Government. Defendants will be required to jointly exercise all peremptory challenges.

   b.  Whether an objection by one Defendant will be treated as an objection by all Defendants for purposes of preserving the record for appeal.

   c.  Any stipulations to be introduced and the manner in which they will be presented to the jury.

10. Each party will have 30 minutes for opening statements.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 29th day of June 2023.

AILEEN M. CANNON
**UNITED STATES DISTRICT JUDGE**

cc:     counsel of record

4